# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00306-CV

**City of Austin, Texas, and Spencer Cronk, in his Official Capacity as
City Manager of the City of Austin, Appellants**

**v.**

**Mark Pulliam, Jay Wiley, and the State of Texas, Appellees**

---

**FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-16-004307, THE HONORABLE TIM SULAK, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellants City of Austin, Texas, and Spencer Cronk, in his Official Capacity as City Manager of the City of Austin, have filed an unopposed motion to dismiss this appeal.[1] We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed on Appellants' Motion

Filed: July 6, 2018

---

[1] This suit was originally brought against Marc A. Ott, the former City Manager of the City of Austin. We automatically substitute the name of the successor to this office, Spencer Cronk. *See* Tex. R. App. P. 7.2.